IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GLEN COLEMAN,

    Plaintiff,

v.          CASE NO. 5:05cv147-RH/WCS

PEEL FUNERAL HOME CORPORATION,
etc.,

    Defendant.

_____/

## ORDER EXTENDING DEADLINES

Defendant's motion to extend the deadline for responding to the complaint and to stay proceedings (document 11) is GRANTED. All pending deadlines are extended 60 days. The deadline for defendant to respond to the complaint therefore is January 17, 2006; the deadline for the attorney conference required by the Initial Scheduling Order is January 23, 2006; and the deadline for filing the joint scheduling report remains 14 days after the attorney conference. The discovery deadline is extended to April 17, 2006.

    SO ORDERED this 8th day of December, 2005.

        s/Robert L. Hinkle
        Chief United States District Judge