IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GLENN COLEMAN,

      Plaintiff,

v.                                 CASE NO. 5:05cv147-RH/WCS

PEEL FUNERAL HOME CORPORATION,
etc.,

      Defendant.

_____/

## ORDER EXTENDING DEADLINES

      Defendant's motion to extend the deadline for responding to the complaint and to stay proceedings (document 17) is GRANTED. All pending deadlines are extended 62 days. The deadline for the defendant to respond to the complaint is therefore March 20, 2006; the deadline for the attorney conference required by the Initial Scheduling Order is March 27, 2006; and the deadline for filing the joint scheduling report remains 14 days after the attorney conference. The discovery deadline is extended to May 17, 2006.

      SO ORDERED this 17th day of January, 2006.

                                                  s/Robert L. Hinkle
                                                  Chief United States District Judge